Certificate Number: 15317-PAE-DE-032392168

Bankruptcy Case Number: 18-17309



15317-PAE-DE-032392168

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2019</u>, at <u>10:43</u> o'clock <u>AM PST</u>, <u>William Butler</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 5, 2019</u>            By:   <u>/s/Lea Sorino</u>

                                        Name:  <u>Lea Sorino</u>

                                        Title:  <u>Counselor</u>