## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17309 MDC |
| William Butler | : Chapter 7 |
|     Debtor | : |
| | : |
| NRZ Pass-Through Trust X, U.S. Bank National Association as trustee c/o Fay Servicing LLC | : |
|     Movant | : |
| | : |
| vs. | : |
| William Butler | : |
|     Debtor/Respondent | : |
|     and | : |
| Gary F. Seitz, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM STAY

    I, Danielle Boyle-Ebersole, counsel for NRZ Pass-Through Trust X, U.S. Bank National Association as trustee c/o Fay Servicing LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: March 19, 2019

    /s/Danielle Boyle-Ebersole, Esquire
    Danielle Boyle-Ebersole, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 81747
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Fax: 215-855-9121
    Email: debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>William Butler<br>   Debtor | : Bankruptcy No. 18-17309 MDC<br>: Chapter 7<br>: |
| NRZ Pass-Through Trust X, U.S. Bank National Association as trustee c/o Fay Servicing LLC<br>   Movant | :<br>:<br>:<br>: |
| vs.<br>William Butler<br>   Debtor/Respondent<br>and<br>Gary F. Seitz, Esquire<br>   Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on March 19, 2019.

The types of service made on the parties were: Electronic Notification and/ or First-Class Mail, as noted below:

Sharon S. Masters, Esquire
Via ECF:
*Attorney for Debtor*

Gary F. Seitz, Esquire
Via ECF:
*Trustee*

William Butler
6738 Paschall Avenue
Philadelphia, PA 19142
Via First Class Mail
*Debtor*

Dated: 03/19/219

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121
debersole@hoflawgroup.com