IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17309 MDC |
| William Butler | : Chapter 7 |
|         Debtor | : |
| | : |
| NRZ Pass-Through Trust X, U.S. Bank National | : |
| Association as trustee c/o Fay Servicing LLC | : |
| | : |
|         Movant | : |
| | : |
| vs. | : |
| William Butler | : |
|         Debtor/Respondent | : |
| and | : |
| Gary F. Seitz, Esquire | : |
|         Trustee/Respondent | : |

**ORDER**

AND NOW, this 20th day of March, 2019, upon the Motion of Movant, NRZ Pass-Through Trust X, U.S. Bank National Association as trustee c/o Fay Servicing LLC ("Movant") for relief from automatic stay pursuant to 11 U.S.C. §362, and for *in rem* relief from the automatic stay to prevent future bankruptcy filings by the Debtor, it is hereby:

ORDERED that the Motion is GRANTED, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 (d) of the Bankruptcy Code is terminated with respect to the property located at 6738 Paschall Ave., Philadelphia, Pennsylvania 19142 (the "Property"), as to allow Movant, or its successors, if any, to resume its state court foreclosure proceedings against Debtor, William Butler ("Debtor"), and it is

FURTHER ORDERED that due to the multiple unsuccessful bankruptcy filings of Debtor, Movant is entitled to *in rem* relief from the automatic stay pursuant to 11 U.S.C. § 362 (d)(4)(B) barring Debtor from filing any future bankruptcy cases with respect to this Property for a period of two years, and it is

FURTHER ORDERED that the Movant is granted *in rem* Relief such that any future bankruptcy cases allowed by the Court and filed by the Debtor prior to two years from the entry of this Order, will not stay any actions taken by Movant, its successors, assigns, from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, the Property; and it is

FURTHER ORDERED that Rule 4001 (a) is not applicable and Movant is permitted to immediately enforce and implement this Order.

BY THE COURT:

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge