United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17309-mdc
William Butler                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1                Date Rcvd: Mar 22, 2019
                              Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db             +William Butler,    6738 Paschall Avenue,    Philadelphia, PA 19142-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 23 2019 02:57:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2019 02:56:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2019 02:57:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    NRZ Pass-Through Trust X , U.S. Bank National
               Association as trustee debersole@hoflawgroup.com,  jzhang@hoflawgroup.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              KEVIN G. MCDONALD    on behalf of Creditor    NRZ Pass-Through Trust X , U.S. Bank National
               Association as trustee bkgroup@kmllawgroup.com
              SHARON S. MASTERS    on behalf of Debtor William  Butler shmasters@hotmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17309 MDC |
| William Butler | : Chapter 7 |
|     Debtor | : |
| | : |
| NRZ Pass-Through Trust X, U.S. Bank National | : |
| Association as trustee c/o Fay Servicing LLC | : |
| | : |
|     Movant | : |
| | : |
|   vs. | : |
| William Butler | : |
|     Debtor/Respondent | : |
|   and | : |
| Gary F. Seitz, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

AND NOW, this 20th day of March, 2019, upon the Motion of Movant, NRZ Pass-Through Trust X, U.S. Bank National Association as trustee c/o Fay Servicing LLC ("Movant") for relief from automatic stay pursuant to 11 U.S.C. §362, and for *in rem* relief from the automatic stay to prevent future bankruptcy filings by the Debtor, it is hereby:

ORDERED that the Motion is GRANTED, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 (d) of the Bankruptcy Code is terminated with respect to the property located at 6738 Paschall Ave., Philadelphia, Pennsylvania 19142 (the "Property"), as to allow Movant, or its successors, if any, to resume its state court foreclosure proceedings against Debtor, William Butler ("Debtor"), and it is

FURTHER ORDERED that due to the multiple unsuccessful bankruptcy filings of Debtor, Movant is entitled to *in rem* relief from the automatic stay pursuant to 11 U.S.C. § 362 (d)(4)(B) barring Debtor from filing any future bankruptcy cases with respect to this Property for a period of two years, and it is

FURTHER ORDERED that the Movant is granted *in rem* Relief such that any future bankruptcy cases allowed by the Court and filed by the Debtor prior to two years from the entry of this Order, will not stay any actions taken by Movant, its successors, assigns, from proceeding with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, the Property; and it is

FURTHER ORDERED that Rule 4001 (a) is not applicable and Movant is permitted to immediately enforce and implement this Order.

BY THE COURT:

_Magdeline D. C_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge