United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Butler  
       Debtor

Case No. 18-17309-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: May 07, 2019 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.
db        +William Butler,    6738 Paschall Avenue,    Philadelphia, PA 19142-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    NRZ Pass-Through Trust X , U.S. Bank National Association as trustee debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net  
      KEVIN G. MCDONALD    on behalf of Creditor    NRZ Pass-Through Trust X , U.S. Bank National Association as trustee bkgroup@kmllawgroup.com  
      SHARON S. MASTERS    on behalf of Debtor William Butler shmasters@hotmail.com, G65312@notify.cincompass.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

William Butler  : Case No. 18–17309–mdc

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 7, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court